| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION | |
| Case number (if known) | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Earl** <br> First name <br><br> **E.** <br> Middle name <br><br> **Cloud, III** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years <br><br> Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-4306 | |

Debtor 1 __Earl E. Cloud, III_____ Case number *(if known)*_____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and *doing business as* names

   ■ I have not used any business name or EINs.

   _____
   Business name(s)

   _____
   EINs

   ☐ I have not used any business name or EINs.

   _____
   Business name(s)

   _____
   EINs

5. **Where you live**

   **24 Leslie Drive NE**
   **Atlanta, GA 30307**
   Number, Street, City, State & ZIP Code

   **Fulton**
   County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____
   Number, P.O. Box, Street, City, State & ZIP Code

   **If Debtor 2 lives at a different address:**

   _____
   Number, Street, City, State & ZIP Code

   _____
   County

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

   _____
   Number, P.O. Box, Street, City, State & ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

   *Check one:*

   ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)
   _____

   *Check one:*

   ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason.
   Explain. (See 28 U.S.C. § 1408.)
   _____

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 2

Debtor 1  **Earl E. Cloud, III**    Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **Paladin Hospitality, LLC dba The Pinewood** | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When **12/12/18** | Case number, if known **18-67292** |
| Debtor | **See Attachment** | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Earl E. Cloud, III    Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1  Earl E. Cloud, III                                             Case number *(if known)*

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Earl E. Cloud, III_____  Case number *(if known)*_____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Earl E. Cloud, III
_____
Earl E. Cloud, III
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on  **December 30, 2018**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Debtor 1  **Earl E. Cloud, III**　　　　　　　　　　　　　　　　　Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ G. Frank Nason, IV**　　　　　　　　　　Date　**December 30, 2018**
Signature of Attorney for Debtor　　　　　　　　　　　　MM / DD / YYYY

**G. Frank Nason, IV 535160**
Printed name

**Lamberth, Cifelli, Ellis & Nason, P.A.**
Firm name

**1117 Perimeter Center West**
**Ste. N313**
**Atlanta, GA 30338**
Number, Street, City, State & ZIP Code

Contact phone  **404-262-7373**　　　　　Email address  **fnason@lcenlaw.com**

**535160 GA**
Bar number & State

---

Debtor 1  **Earl E. Cloud, III**    Case number *(if known)* _____

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Earl E. Cloud, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Paladin Hospitality, LLC dba The Pinewood** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Northern District of Georgia** | When | **12/12/18** | Case number, if known | **18-67292** |
| Debtor | **Southern Hospitality, LLC d/b/a The Mercury** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **10/12/18** | Case number, if known | **18-67291** |
| Debtor | **Spagett, LLC dba Bar Americano** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Georgia** | When | **12/30/18** | Case number, if known | **18-71766** |

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **Earl E. Cloud, III**                                                                 Case No.
                                  Debtor(s)                                                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 30, 2018**                      **/s/ Earl E. Cloud, III**
                                                 **Earl E. Cloud, III**
                                                 Signature of Debtor

1St Global Capital LLC
1250 East Hallandale Beach Bl.
Ste 409
Hallandale, FL 33009


Ace Loan
3173 Hwy 129 North
Cleveland, GA 30528


Acuity CFO, LLC
3423 Piemont Road NE
Atlanta, GA 30305


Advanced Color Imaging
5300 Oakbrook Parkway
Ste. 340
Norcross, GA 30093


All State Mall Services
PO Box 93717
Las Vegas, NV 89193


Alliance Funding Group
3745 W. Chapman Ave
Ste 200
Orange, CA 92868


American Express
PO Box 1270
Newark, NJ 07101


American Express
PO Box 650448
Dallas, TX 75265-0448


Ameripride
1081 Experiment Stn Rd
Watkinsville, GA 30677

Amur Equipment Finance, Inc.
c/o Rachelson & White
3350 Riverwood Pkwy Ste 2110
Atlanta, GA 30339

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899

BFS Capital
3301 N. University Drive
Ste. 300
Pompano Beach, FL 33065

Bizfund, LLC
762 N. Orange Street
Ste.762
Wilmington, DE 19801

BMI
PO Box 630893
Watkinsville, GA 30677

Buckhead Beef
4500 Wickersham Dr
Atlanta, GA 30330

Chase Card
PO Box 15298
Wilmington, DE 19850

Cofactor LLC
2711 Centerville Ste 400
Wilmington, DE 19808

Corporation Service Company
801 Adlai Stevenson Dr
Apopka, FL 32703

```
Creadibility Capital
419 Park Ave South
8th Floor
New York, NY 10016



CTI
942 Enterprise Ste B
Sacramento, CA 95825-1000



DAU Group Investments, LLC
2630 Talley Street
Unit 403
Decatur, GA 30030



East Andrews Realty, LLC
Glenridge Highlands One Ste800
555 Glenridge Connector
Atlanta, GA 30342



Fundation Group, LLC
11501 Sunset Street NE
Atlanta, GA 30307



Georgia Dept of Revenue
1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345



Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308



Global Financial and Leasing
Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250
```

```
GTR Source
111 John Street
Ste 1210
New York, NY 10038



HAWAJE
S Concourse Pkwy
Ste 1000
Atlanta, GA 30328



IberiaBank
PO Box 12440
New Iberia, LA 70562



Jamestown PCM Master Tenant LP
Ponce City Market
675 Ponce De Leon Ave NE
Atlanta, GA 30308



Nationstar Mortgage LLC
350 Highland
Houston, TX 77067



Navitas Credit Corp
One Post Office Square
Ste. 3710
Boston, MA 02109



NFS Leasing
900 Commings Center
Ste 226-U
Beverly, MA 01915



Nordstrom TD Bank USA
13531 E. Caley Ave.
Englewood, CO 80111
```

```
On Deck Capital
155 E 56th Street
New York, NY 10022



One Point
PO Box 1849
Woodstock, GA 30188



Paladin Hospitality, LLC
dba The Pinewood
254 W. Ponce de Leon Ave.
Decatur, GA 30030



Pawnee Leasing Corp
c/o Aldridge Pite Haan LLP
PO Box 52815
Atlanta, GA 30355-0815



Paycor
3525 Piedmont Rd NE
5 Piedmont Ctr Ste 520
Atlanta, GA 30305



PBS Capital
One Evertrust Plaza
Ste 1401
Jersey City, NJ 07302



People's United Bank
One Post Office Square
Ste. 3710
Boston, MA 02109



Rohrig Investments, LP
340 East Paces Ferry
Atlanta, GA 30305
```

S. Nataniel De Veaux
Kitchens Kelley Gynes PC
5555 Glenridge Conn Ste 800
Atlanta, GA 30342


Sard & Leff, LLC
3789 Roswell Rd NE
Atlanta, GA 30342


Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308


Technology Insurance Company
8948 Canyon Falls Blvd
Ste 200
Twinsburg, OH 44087


Touchmark National Bank
3651 Old Milton Pkwy
Alpharetta, GA 30005


Vend Lease
8100 Sandpiper Circle
Ste. 300
Nottingham, MD 21236


VW Credit
2333 Waukegan Road
Deerfield, IL 60015


Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306