UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :       CHAPTER 7
                                    :
EARL E. CLOUD, III,                 :       Case No. 18-71768-PMB
                                    :
                                    :
          Debtor.                   :

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

The Debtor submits pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor:    Earl E. Cloud, III
2. Employer:  10 Apart Hospitality, LLC
   Dates of Pay Advices: 10/31/2018, 11/14/2018, 11/28/2018 11/21/2018, 11/28/2018, 12/5/2018, 12/12/2018, 12/19/2018, 12/26/2018

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of Petition because:
   __ The Debtor was not employed.
   __ Debtor's source of income was from Social Security and/or unemployment
   __ Debtor was self-employed.

1. Joint Debtor:
2. Employer:
   Dates of Pay Advices:

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:
   __ The Debtor was not employed.
   __ Debtor's source of income was from Social Security.
   __ Debtor was self-employed.

| /s/ G. Frank Nason, IV | 1/28/2019 | /s/ Earl E. Cloud, III | 2/1/2019 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |

| G. Frank Nason, IV  Georgia Bar No. 535160 | |
|---|---|
| Name of Attorney | Signature of Joint Debtor (if any)    Date |

519909

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **12/10/2018**
to **12/16/2018**
with a pay date of **Dec 26, 2018**

**EMPLOYEE AND TAX INFO**   Paycor EEID 2652-6021-1112-44

**OTHER INFO**   Direct Deposit #  *1002500177*

Employee # 1002
Department # 60100
SSN: ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,865.38 | | 91,240.46 | Dent | | 17.96 | FITWH | | 10,236.90 |
| Retro | | | | | 3,586.55 | H125 | | 1,374.00 | MED | | 1,084.57 |
| | | | | | | | | | SOC | | 4,637.58 |
| | | | | | | | | | GA | | 5,370.26 |
| **NET** 1,865.38 | TOTALS | | 1,865.38 | | 94,827.01 | | | 1,391.96 | | | 21,329.31 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002500177
Date    12/26/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $1,865.38
TO ACCOUNT #   XXXXX7696
BANK #         XXXXX0867

Pay to the Order of

MERC     60100   **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **12/03/2018**
to **12/09/2018**
with a pay date of **Dec 19, 2018**

**EMPLOYEE AND TAX INFO**    Paycor  EEID  2652-6021-1112-44         **OTHER INFO**        Direct Deposit #    1002443766

Employee #  1002
Department #  60100
SSN:  \*\*\*-\*\*-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,865.38 | | 89,375.08 | Dent | | 17.96 | FITWH | | 10,236.90 |
| Retro | | | | | 3,586.55 | H125 | | 1,374.00 | MED | | 1,084.57 |
| | | | | | | | | | SOC | | 4,637.58 |
| | | | | | | | | | GA | | 5,370.26 |
| **NET** 1,865.38 | TOTALS | | 1,865.38 | | 92,961.63 | | | 1,391.96 | | | 21,329.31 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002443766
Date    12/19/2018

Pay this Amount

\*\* N O N - N E G O T I A B L E \*\* D I R E C T   D E P O S I T   R E C E I P T \*\*      VOID \*\* VOID \*\*

DIRECT DEPOSIT  $1,865.38
TO ACCOUNT #   XXXXX7696
BANK #         XXXXX0867

N O N - N E G O T I A B L E

Pay to the
Order of

MERC                          60100    **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period  **11/26/2018**
to  **12/02/2018**
with a pay date of  **Dec 12, 2018**

**EMPLOYEE AND TAX INFO**    Paycor  EEID  2652-6021-1112-44    **OTHER INFO**    Direct Deposit #   *1002390856*

Employee #  1002
Department #  60100
SSN:  ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,865.38 | | 87,509.70 | Dent | | 17.96 | FITWH | | 10,236.90 |
| Retro | | | | | 3,586.55 | H125 | | 1,374.00 | MED | | 1,084.57 |
| | | | | | | | | | SOC | | 4,637.58 |
| | | | | | | | | | GA | | 5,370.26 |
| **NET** 1,865.38 | TOTALS | | 1,865.38 | | 91,096.25 | | | 1,391.96 | | | 21,329.31 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002390856
Date    12/12/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **       VOID ** VOID **

DIRECT DEPOSIT  $1,865.38
TO ACCOUNT #   XXXXX7696
BANK #   XXXXX0867

Pay to the
Order of

MERC              60100   **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **11/19/2018**
to **11/25/2018**
with a pay date of **Dec 5, 2018**

**EMPLOYEE AND TAX INFO**   Paycor  EEID  2652-6021-1112-44

**OTHER INFO**    Direct Deposit #  *1002344678*

Employee #  1002
Department #  60100
SSN:  ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 1,865.38 |  | 85,644.32 | Dent |  | 17.96 | FITWH |  | 10,236.90 |
| Retro |  |  |  |  | 3,586.55 | H125 |  | 1,374.00 | MED |  | 1,084.57 |
|  |  |  |  |  |  |  |  |  | SOC |  | 4,637.58 |
|  |  |  |  |  |  |  |  |  | GA |  | 5,370.26 |

**NET** 1,865.38   TOTALS   1,865.38   89,230.87   1,391.96   21,329.31

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002344678
Date   12/05/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $1,865.38
TO ACCOUNT #  XXXXX7696
BANK #  XXXXX0867

Pay to the
Order of

MERC         60100   **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **11/12/2018**
to **11/18/2018**
with a pay date of **Nov 28, 2018**

**EMPLOYEE AND TAX INFO**   Paycor EEID 2652-6021-1112-44

**OTHER INFO**   Direct Deposit # *1002294845*

Employee # 1002
Department # 60100
SSN: ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 1,865.38 | | 83,778.94 | Dent | | 17.96 | FITWH | | 10,236.90 |
| Retro | | | | | 3,586.55 | H125 | | 1,374.00 | MED | | 1,084.57 |
| | | | | | | | | | SOC | | 4,637.58 |
| | | | | | | | | | GA | | 5,370.26 |
| **NET** 1,865.38 | TOTALS | | 1,865.38 | | 87,365.49 | | | 1,391.96 | | | 21,329.31 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002294845
Date    11/28/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $1,865.38
TO ACCOUNT #    XXXXX7696
BANK #          XXXXX0867

Pay to the
Order of

MERC                        60100    **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **11/05/2018**
to **11/11/2018**
with a pay date of **Nov 21, 2018**

**EMPLOYEE AND TAX INFO**    Paycor  EEID  2652-6021-1112-44

**OTHER INFO**    Direct Deposit #    1002252026

Employee #  1002
Department #  60100
SSN:  ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 1,865.38 |  | 81,913.56 | Dent |  | 17.96 | FITWH |  | 10,236.90 |
| Retro |  |  |  |  | 3,586.55 | H125 |  | 1,374.00 | MED |  | 1,084.57 |
|  |  |  |  |  |  |  |  |  | SOC |  | 4,637.58 |
|  |  |  |  |  |  |  |  |  | GA |  | 5,370.26 |

**NET** 1,865.38    TOTALS    1,865.38    85,500.11    1,391.96    21,329.31

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002252026
Date    11/21/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **    VOID ** VOID **

DIRECT DEPOSIT $1,865.38
TO ACCOUNT #   XXXXX7696
BANK #   XXXXX0867

Pay to the
Order of

MERC    60100    **DD**
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

**Paycor**

**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **10/29/2018**
to **11/04/2018**
with a pay date of **Nov 14, 2018**

**EMPLOYEE AND TAX INFO**   Paycor  EEID  2652-6021-1112-44      **OTHER INFO**   Direct Deposit #  *1002207800*

Employee #  1002
Department #  60100
SSN:  ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 1,865.38 |  | 80,048.18 | Dent |  | 17.96 | FITWH |  | 10,236.90 |
| Retro |  |  |  |  | 3,586.55 | H125 |  | 1,374.00 | MED |  | 1,084.57 |
|  |  |  |  |  |  |  |  |  | SOC |  | 4,637.58 |
|  |  |  |  |  |  |  |  |  | GA |  | 5,370.26 |
| **NET** 1,865.38 | TOTALS |  | 1,865.38 |  | 83,634.73 |  |  | 1,391.96 |  |  | 21,329.31 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002207800
Date   11/14/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT $1,865.38
TO ACCOUNT #  XXXXX7696
BANK #  XXXXX0867

N O N - N E G O T I A B L E

Pay to the
Order of

MERC
**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

60100   **DD**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**EARL CLOUD**
24 LESLIE STREET
ATLANTA GA 30307

Check stub for the period **10/15/2018**
to **10/21/2018**
with a pay date of **Oct 31, 2018**

**EMPLOYEE AND TAX INFO**    Paycor  EEID  2652-6021-1112-44        **OTHER INFO**    Direct Deposit #    1002121458

Employee #   1002
Department # 60100
SSN:   ***-**-4306

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 1,865.38 |  | 78,182.80 | Dent |  | 17.96 | FITWH |  | 10,236.90 |
| Retro |  |  |  |  | 3,586.55 | H125 |  | 1,374.00 | MED |  | 1,084.57 |
|  |  |  |  |  |  |  |  |  | SOC |  | 4,637.58 |
|  |  |  |  |  |  |  |  |  | GA |  | 5,370.26 |

**NET** 1,865.38    TOTALS        1,865.38        81,769.35            1,391.96            21,329.31

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002121458
Date    10/31/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **        VOID ** VOID **

DIRECT DEPOSIT $1,865.38
TO ACCOUNT #   XXXXX7696

Pay to the    MERC                 60100    **DD**        BANK #    XXXXX0867
Order of     **EARL CLOUD**
            24 LESLIE STREET                                N O N - N E G O T I A B L E
            ATLANTA GA 30307