## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re **Earl E. Cloud, III** _____    Case No. **18-71768**
                                    Debtor(s)    Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A/B - Property**
**Schedule E/F - Creditors with Unsecured Claims**
**Schedule H - Codebtors**
**Schedule I - Income**
**Schedule J - Expenses**
**Summary of Assets and Liabilities**
**Creditor Matrix**
**Statement of Financial Affairs, Schedule C, Schedule D, Schedule G, Statement of Intent,  and Form 122A have been amended only for the purpose of removing the "Draft" stamp from the originally filed schedules.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Acuity, Attn:  Debbie Sullivan, 3423 Piedmont Road NE, Atlanta, GA 30305**

**Southern Dairies, Attn:  Kari Marschark, 621 North Ave NE, Ste. C140, Atlanta, GA  30308**

**Leon S. Jones, Jones & Walden, LLC 21 Eighth Street, NE, Atlanta, GA  30309**

**513 Capital, Attn:  Scott Stidel, 3511 La Rochelle Drive, Columbus OH 43221**

**Fireplay, Attn:  Brian Buckner, 5915 Silver Springs Bldg 6B, l Paso, TX 79912**

**Georgia Department of Revenue, Attn:  Ronald Johnson, Jr., PO Box 105499, Atlanta, GA 30348**

**Henry Inc, Attn:  Diane Henry, 2285 Park Central Blvd., Decatur GA 30035**

**Navitas Credit Corp, Attn:  Charlie Butler, 111 Executive Center Dr., Suite 102, Columbia, SC 29210**

**TriMark Strategic Equipment, 6684 Jimmy Carter Blvd., Ste. 2 Peachtree Corners, Norcross, GA 30071**

**A. Christian Wilson, Simpson Uchitel & Wilson LLP, 3490 Piedmont Rd NE Ste. 1100, Atlanta, GA 30305**

**Seacoast National Bank, c/o Ruma Mazumdar, Fox Rothschild, LLC, 101 Park Avenue, Ste. 1700, New York, NY  10178**

Date:  **March  20, 2019** _____    /s/ G. Frank Nason, IV
                                                **G. Frank Nason, IV 535160**
                                                Attorney for Debtor(s)
                                                **Lamberth, Cifelli, Ellis & Nason, P.A.**
                                                **1117 Perimeter Center West**
                                                **Suite N313**
                                                **Atlanta, GA 30338**
                                                **404-262-7373 Fax:404-262-9911**

**Fill in this information to identify your case:**

Debtor 1        **Earl E. Cloud, III**
               First Name               Middle Name               Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number    **18-71768**
(if known)

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
   | **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$125,000.00** | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Earl E. Cloud, III**                                                    Case number *(if known)*   **18-71768**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$149,299.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$152,307.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ■ No.  Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Earl E. Cloud, III** | | Case number (*if known*) | **18-71768** |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **East Andrews Realty, LLC vs. Earl E. Cloud, III, Michael Blydenstein, Julian Goglia, Paladin Hospitality Group, LLC, Southeastern Hospitality, LLC**<br>**18EV002617** | Contract | **State Court of Fulton County, Georgia**<br>**185 Central Ave SW**<br>**Atlanta, GA 30303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Amur Equipment Finance, Inc. v. Spagett, LLC d/b/a Bar Americano, Earl E. Clouid, III, Mike Jay Blydenstein, Julian Kristopher Goglia, Paladin Hospitality Group, LLC, and Southeastern Hospitality, LLC**<br>**18A71106** | Contract | **State Court of Dekalb County, Georgia**<br>**556 N McDonough St #300**<br>**Decatur, GA 30030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Pawnee Leasing Corporation, assignee of Alliance Funding Group vs. Spagett, LLC d/b/a Bar Americano, Earl E. Cloud, III, Julian K. Goglia, Michael Blydenstein, and Paladin Hospitality Group, LLC**<br>**18A71103-1** | Contract | **State Court of Dekalb County, Georgia**<br>**556 N McDonough St #300**<br>**Decatur, GA 30030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **GFRS Equipment Leasing Fund II, LLC v. Spagett, LLC d/b/a Bar Americano, Earl Cloud, Julian Goglia, and Mike Blydenstein**<br>**CV2018-014211** | Contract | **Maricopa Superior Court**<br>**101 W. Jefferson St.**<br>**Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Earl E. Cloud, III** | | Case number *(if known)* | **18-71768** |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **World Global Capital, LLC v. Earl E. Cloud, III, Paladin Hospitality Group, LLC, Southeastern Hospitality, LLC, Spagett, LLC, The Mercury, and The Pinewood** | **Confession of Judgment** | **Putnam County Supreme Court, NY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment 6/2018** |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| * | **Bank of America account**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **June 4, 2018-October 26, 2018** | **$11,332.60** |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
|---|---|---|---|

---

**Part 6:**    List Certain Losses

---

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    List Certain Payments or Transfers

---

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Lamberth, Cifelli, Ellis,<br>& Nason, P.A.<br>1117 Perimeter Center West<br>Suite N313<br>Atlanta, GA 30338<br>Michael J. Blydenstein** | | 12/19/2018 | $3,000.00 |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

Debtor 1    **Earl E. Cloud, III**                                    Case number (*if known*)    18-71768

---

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

| Debtor 1 | Earl E. Cloud, III | | Case number (*if known*) | 18-71768 |
|---|---|---|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

## Part 11:  Give Details About Your Business or Connections to Any Business

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | | |
|---|---|---|---|---|
| Spagett, LLC dba Bar Americano<br>24 Leslie Street NW<br>Atlanta, GA 30307 | Restaurant<br><br>Drew Smith | EIN:<br><br>From-To | 81-424-1843<br><br>11/2017-4/2018 | |
| Southeastern Hospitality, LLC<br>675 Ponce de Leon Ave<br>Suite 215<br>Atlanta, GA 30308 | Restaurant<br><br>Drew Smith | EIN:<br><br>From-To | 47-3390646<br><br>through present | |
| Paladin Hospitality, LLC<br>254 W Ponce de Leon Avenue<br>Decatur, GA 30030 | Restaurant<br><br>Drew Smith | EIN:<br><br>From-To | 45-4631624<br><br>through present | |
| 10 Apart, LLC<br>24 Leslie Street<br>Atlanta, GA 30307 | Accommodation and Food Service<br><br>Drew Smith | EIN:<br><br>From-To | 82-3639618<br><br>2017 through present | |
| Next Wavv Consulting, LLC<br>24 Leslie Street, NE<br>Atlanta, GA 30307 | Consulting | EIN:<br><br>From-To | 46-2911890<br><br>2013 through present | |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | **Earl E. Cloud, III** | | Case number (*if known*) | **18-71768** |

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ☐ No
- ■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Global Financial and Leasing S<br>6263 N Scottsdale Ste 222<br>Scottsdale, AZ 85250** | |
| **Amur Equipment Finance Inc<br>c/o Rachelson & White<br>3350 Riverwood Pkwy Ste 2110<br>Atlanta, GA 30339** | |
| **Alliance Funding Group<br>3745 W. Chapman Ave Ste 200<br>Orange, CA 92868** | |
| **East Andrews Realty LLC<br>Glenridge Highlands One Ste800<br>555 Glenridge Connnector<br>Atlanta, GA 30342** | |

Debtor 1    **Earl E. Cloud, III**                                    Case number *(if known)*    **18-71768**

---

**Part 12:    Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **Earl E. Cloud, III** | **Signature of Debtor 2** |
| **Signature of Debtor 1** | |

Date    **March 18, 2019**                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Earl E. Cloud, III** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number | 18-71768 |

■ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**24 Leslie Street NE**
Street address, if available, or other description

**Atlanta          GA     30307-0000**
City                State        ZIP Code

**Fulton**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350,000.00** | **$350,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Earl E. Cloud, III**                     Case number *(if known)*    **18-71768**

**1.2**  **If you own or have more than one, list here:**

**208 Buchannan Terrace**
Street address, if available, or other description

**Decatur**          **GA**    **30030-0000**
City                 State    ZIP Code

**DeKalb**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$375,000.00                      $375,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>          $725,000.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**  Make:    **Audi**
Model:    **A6**
Year:    **2017**
Approximate mileage:    **25,000**
Other information:

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$45,000.00                      $45,000.00

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>          $45,000.00

**Part 3:    Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1    **Earl E. Cloud, III** | | Case number *(if known)*    **18-71768** |

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Household Furniture | $5,000.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| TV, Computer | $1,000.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Standard Clothing | $500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Wedding Ring | $1,500.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................

| $8,000.00 |

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes...................................................................................................................

|  | **Cash** | **$200.00** |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.....................   Institution name:

| 17.1. | **Checking** | **Private Bank of Decatur** | **$2,000.00** |
|---|---|---|---|
| 17.2. | **Checkingq** | **Bank of America** | **$10.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Spagett, LLC (in Chapter 7)** | **51** % | **$0.00** |
| **Southeastern Hospitality, LLC (in Chapter 11)** | **60** % | **Unknown** |
| **Palidan Hospitality, LLC (in Chapter 11)** | **100** % | **Unknown** |
| **10 Apart, LLC** | **100** % | **Unknown** |
| **Next Wavv Consulting, LLC** | **33 and 1/3** % | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
   Type of account:   Institution name:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Earl E. Cloud, III**                                                         Case number *(if known)*    18-71768

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................                                   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............              Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............              Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| Money Loaned to Deep End, LLC, 24 Leslie Drive NE, Atlanta GA 30307 | $38,372.20 |
|---|---|

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
                      Company name:                              Beneficiary:                         Surrender or refund
                                                                                                      value:

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................ | **$40,582.20**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.** Do you own or have any legal or equitable interest in any business-related property?

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.** Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.** Part 1: Total real estate, line 2 ..................................................................... | | **$725,000.00** |
| **56.** Part 2: Total vehicles, line 5 | **$45,000.00** | |
| **57.** Part 3: Total personal and household items, line 15 | **$8,000.00** | |
| **58.** Part 4: Total financial assets, line 36 | **$40,582.20** | |
| **59.** Part 5: Total business-related property, line 45 | **$0.00** | |
| **60.** Part 6: Total farm- and fishing-related property, line 52 | **$0.00** | |
| **61.** Part 7: Total other property not listed, line 54 + | **$0.00** | |
| **62.** Total personal property. Add lines 56 through 61... | **$93,582.20** | Copy personal property total | **$93,582.20** |
| **63.** Total of all property on Schedule A/B. Add line 55 + line 62 | | **$818,582.20** |

**Fill in this information to identify your case:**

Debtor 1    **Earl E. Cloud, III**
_____
First Name                    Middle Name                    Last Name

Debtor 2
(Spouse if, filing)    _____
First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number    **18-71768**
(if known)

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          **4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **24 Leslie Street NE Atlanta, GA 30307 Fulton County**<br>Line from *Schedule A/B*: **1.1** | $350,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| **208 Buchannan Terrace Decatur, GA 30030  DeKalb County**<br>Line from *Schedule A/B*: **1.2** | $375,000.00 | ■ $21,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| **2017 Audi A6 25,000 miles**<br>Line from *Schedule A/B*: **3.1** | $45,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Household Furniture**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **TV, Computer**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Debtor 1 | **Earl E. Cloud, III** | | Case number (if known) | **18-71768** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Standard Clothing** Line from *Schedule A/B*: **11.1** | $500.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Wedding Ring** Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| **Cash** Line from *Schedule A/B*: **16.1** | $200.00 | ■ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checking: Private Bank of Decatur** Line from *Schedule A/B*: **17.1** | $2,000.00 | ■ $2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checkingq: Bank of America** Line from *Schedule A/B*: **17.2** | $10.00 | ■ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Spagett, LLC (in Chapter 7)** **51 % ownership** Line from *Schedule A/B*: **19.1** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Southeastern Hospitality, LLC (in Chapter 11)** **60 % ownership** Line from *Schedule A/B*: **19.2** | Unknown | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Palidan Hospitality, LLC (in Chapter 11)** **100 % ownership** Line from *Schedule A/B*: **19.3** | Unknown | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **10 Apart, LLC** **100 % ownership** Line from *Schedule A/B*: **19.4** | Unknown | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Next Wavv Consulting, LLC** **33 and 1/3** Line from *Schedule A/B*: **19.5** | Unknown | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No
☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Earl E. Cloud, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION | | |
| Case number (if known) | 18-71768 | | |

■ Check if this is an
   amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1  IberiaBank**<br>Creditor's Name | Describe the property that secures the claim: | $53,887.00 | $350,000.00 | $16,154.94 |

Describe the property that secures the claim:

**24 Leslie Street NE Atlanta, GA
30307  Fulton County**

**PO Box 12440
New Iberia, LA 70562**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    6903

---

| | | | | |
|---|---|---|---|---|
| **2.2  Nationstar Mortgage LLC**<br>Creditor's Name | Describe the property that secures the claim: | $325,507.00 | $375,000.00 | $0.00 |

Describe the property that secures the claim:

**208 Buchannan Terrace Decatur, GA
30030  DeKalb County**

**350 Highland
Houston, TX 77067**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor 1 | **Earl E. Cloud, III** | | | Case number (if known) | **18-71768** |
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | **VW Credit** | Describe the property that secures the claim: | **$19,564.00** | **$45,000.00** | **$0.00** |

Creditor's Name

**2017 Audi A6 25,000 miles**

**2333 Waukegan Road
Deerfield, IL 60015**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number   **1032**

---

| 2.4 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | **$312,267.94** | **$350,000.00** | **$0.00** |

Creditor's Name

**24 Leslie Street NE Atlanta, GA
30307  Fulton County**

**PO Box 10335
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number   **3712**

---

| 2.5 | **World Global Capital, LLC** | Describe the property that secures the claim: | **$271,488.00** | **Unknown** | **Unknown** |

Creditor's Name

**187 Wolf Road
Ste. 101
Albany, NY 12205**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Security Agreement; Confession of Judgment**

Date debt was incurred _____   Last 4 digits of account number   _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$982,713.94**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Earl E. Cloud, III**

First Name          Middle Name          Last Name

Case number (if known)    **18-71768**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

$982,713.94

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1              **Earl E. Cloud, III**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number    18-71768
(if known)     _____

■ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Georgia Dept of Revenue** | **$104,626.6** | **$0.00** | **$104,626.63** |
| | Priority Creditor's Name | **3** | | |

Last 4 digits of account number    _____  _____  _____  _____

**1800 Century Center Blvd**
**Ste 9100**
**Atlanta, GA 30345**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                          **Total claim**

Debtor 1  **Earl E. Cloud, III**                                    Case number (if known)    18-71768

---

| 4.1 | **1st Global Capital LLC** | Last 4 digits of account number _____ | **$91,185.93** |

Nonpriority Creditor's Name

**1250 East Hallandale Beach Bl.
Ste 409
Hallandale, FL 33009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 | **513 Capital** | Last 4 digits of account number _____ | **$35,638.38** |

Nonpriority Creditor's Name

**3511 La Rochelle Drive
Columbus, OH 43221**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 | **Access to Capital for** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**Entrepreneurs, Inc.
3173 Highway 129 N
Cleveland, GA 30528-2715**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Earl E. Cloud, III**                                    Case number (if known)   **18-71768**

---

| 4.4 | **Ace Loan** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

**Ace Loan**
Nonpriority Creditor's Name
**3173 Hwy 129 North**
**Cleveland, GA 30528**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$96,562.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 | **Acuity CFO, LLC** | | |
|---|---|---|---|

**Acuity CFO, LLC**
Nonpriority Creditor's Name
**3423 Piemont Road NE**
**Atlanta, GA 30305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$8,325.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.6 | **Advanced Color Imaging** | | |
|---|---|---|---|

**Advanced Color Imaging**
Nonpriority Creditor's Name
**5300 Oakbrook Parkway**
**Ste. 340**
**Norcross, GA 30093**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$343.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Earl E. Cloud, III**                                    Case number (if known)    18-71768

---

| 4.7 | **All State Mall Services** | Last 4 digits of account number _____ | $3,427.98 |

Nonpriority Creditor's Name
**PO Box 93717**
**Las Vegas, NV 89193**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
■ At least one of the debtors and another
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☐ Other. Specify _____

---

| 4.8 | **Alliance Funding Group** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3745 W. Chapman Ave**
**Ste 200**
**Orange, CA 92868**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ Contingent
☐ Unliquidated
■ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
☐ Other. Specify _____

---

| 4.9 | **American Express** | Last 4 digits of account number    **1007** | $8,935.42 |

Nonpriority Creditor's Name
**PO Box 1270**
**Newark, NJ 07101**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ Contingent
☐ Unliquidated
■ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**                                    Case number (if known)    **18-71768**

---

| 4.1 0 | **American Express** | Last 4 digits of account number | **3005** | **$15,660.54** |

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 1 | **American Express** | Last 4 digits of account number | **5005** | **$16,949.80** |

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 2 | **American Express** | Last 4 digits of account number | **2011** | **$0.00** |

Nonpriority Creditor's Name

**PO Box 650448**
**Dallas, TX 75265-0448**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Earl E. Cloud, III**

Case number (*if known*)   **18-71768**

---

| 4.1 3 | **Ameripride** | Last 4 digits of account number | **1000** | **$7,866.34** |

Nonpriority Creditor's Name

**1081 Experiment Stn Rd**
**Watkinsville, GA 30677**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 4 | **Amur Equipment Finance, Inc.** | Last 4 digits of account number | | **$67,226.59** |

Nonpriority Creditor's Name

**c/o Rachelson & White**
**3350 Riverwood Pkwy Ste 2110**
**Atlanta, GA 30339**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lawsuit on contract**

---

| 4.1 5 | **Barclays Bank Delaware** | Last 4 digits of account number | **8242** | **$22,339.00** |

Nonpriority Creditor's Name

**PO Box 8803**
**Wilmington, DE 19899**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card debt**

---

Debtor 1    **Earl E. Cloud, III**                                                     Case number (if known)    **18-71768**

---

| 4.1 6 | **BFS Capital** | Last 4 digits of account number | $91,185.93 |
|---|---|---|---|

Nonpriority Creditor's Name
**3301 N. University Drive**
**Ste. 300**
**Pompano Beach, FL 33065**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.1 7 | **BFS Capital** | Last 4 digits of account number | $39,454.97 |
|---|---|---|---|

Nonpriority Creditor's Name
**3301 N. University Drive**
**Ste. 300**
**Pompano Beach, FL 33065**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.1 8 | **Bizfund, LLC** | Last 4 digits of account number | $91,185.93 |
|---|---|---|---|

Nonpriority Creditor's Name
**762 N. Orange Street**
**Ste.762**
**Wilmington, DE 19801**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

Debtor 1 **Earl E. Cloud, III**                                    Case number (if known)    **18-71768**

---

| 4.19 | **Bizfund, LLC** | Last 4 digits of account number | | $133,643.96 |

Nonpriority Creditor's Name
**762 N. Orange Street
Ste.762
Wilmington, DE 19801**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.20 | **BMI** | Last 4 digits of account number | 3039 | $343.94 |

Nonpriority Creditor's Name
**PO Box 630893
Watkinsville, GA 30677**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

| 4.21 | **Buckhead Beef** | Last 4 digits of account number | | $567.91 |

Nonpriority Creditor's Name
**4500 Wickersham Dr
Atlanta, GA 30330**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

---

Debtor 1 **Earl E. Cloud, III**                          Case number (if known) **18-71768**

---

| 4.2 2 | **Chase Card** | Last 4 digits of account number | **5443** | **$27,828.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Credit card debt**

☐ Yes

---

| 4.2 3 | **Cofactor LLC** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2711 Centerville Ste 400**
**Wilmington, DE 19808**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   _____

☐ Yes

---

| 4.2 4 | **Corporation Service Company** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**801 Adlai Stevenson Dr**
**Apopka, FL 32703**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

☐ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   _____

☐ Yes

---

Debtor 1  **Earl E. Cloud, III**                                                    Case number (*if known*)    **18-71768**

---

| 4.2 5 | **Corporation Service Company** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name
**as Representative**
**PO Box 2576**
**Springfield, IL 62708**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.2 6 | **Credibility Capital** | Last 4 digits of account number _____ _____ | **$133,845.71** |

Nonpriority Creditor's Name
**419 Park Ave South**
**8th Floor**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.2 7 | **CTI** | Last 4 digits of account number _____ _____ | **$9,446.55** |

Nonpriority Creditor's Name
**942 Enterprise Ste B**
**Sacramento, CA 95825-1000**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**

Case number (if known)    **18-71768**

---

| 4.2 8 | **DAU Group Investments, LLC** | Last 4 digits of account number | | | $234,218.15 |

Nonpriority Creditor's Name

**2630 Talley Street**
**Unit 403**
**Decatur, GA 30030**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 9 | **East Andrews Realty, LLC** | Last 4 digits of account number | | | $730,877.57 |

Nonpriority Creditor's Name

**Glenridge Highlands One Ste800**
**555 Glenridge Connector**
**Atlanta, GA 30342**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lawsuit on contract**

---

| 4.3 0 | **Fireplay** | Last 4 digits of account number | **1100** | | $5,995.00 |

Nonpriority Creditor's Name

**Attn:  Brian Buckner**
**5915 Silver Springs, Bldg 6B**
**El Paso, TX 79912**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**                                                    Case number (if known)    **18-71768**

---

| 4.3 1 | **Fundation Group, LLC** | Last 4 digits of account number | | $91,185.93 |

Nonpriority Creditor's Name
**11501 Sunset Street NE**
**Atlanta, GA 30307**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 2 | **Georgia Department of Revenue** | Last 4 digits of account number | **4605** | $58,718.78 |

Nonpriority Creditor's Name
**Attn:  Ronald Johnson, Jr.**
**PO Box 105499**
**Atlanta, GA 30348**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.3 3 | **Georgia Dept of Revenue** | Last 4 digits of account number | | $38,087.66 |

Nonpriority Creditor's Name
**1800 Century Center Blvd**
**Ste 9100**
**Atlanta, GA 30345**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Earl E. Cloud, III**                                                      Case number (if known)    **18-71768**

---

| 4.3 4 | **Georgia Dept of Revenue** | Last 4 digits of account number    **7393** | **$104,626.63** |

Nonpriority Creditor's Name

**1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 5 | **Georgia Power** | Last 4 digits of account number    **0025** | **$1,728.56** |

Nonpriority Creditor's Name

**241 Ralph McGill Blvd NE
Atlanta, GA 30308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 6 | **Georgia Power** | Last 4 digits of account number    **6030** | **$1,823.57** |

Nonpriority Creditor's Name

**241 Ralph McGill Blvd NE
Atlanta, GA 30308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**                                  Case number (if known)    **18-71768**

---

| 4.3 7 | **Global Financial and Leasing** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 8 | **GTR Source** | Last 4 digits of account number | **$277,800.00** |

Nonpriority Creditor's Name
**111 John Street
Ste 1210
New York, NY 10038**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 9 | **HAWAJE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**S Concourse Pkwy
Ste 1000
Atlanta, GA 30328**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**                                       Case number *(if known)*    **18-71768**

---

| 4.4 0 | **Henry Inc.** | Last 4 digits of account number | **9422** | | **$549.64** |

Nonpriority Creditor's Name
**Attn:  Diane Henry**
**2285 Park Central Blvd**
**Decatur, GA 30035**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 1 | **Jamestown PCM Master Tenant LP** | Last 4 digits of account number | **0642** | | **$123,615.81** |

Nonpriority Creditor's Name
**Ponce City Market**
**675 Ponce De Leon Ave NE**
**Atlanta, GA 30308**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 2 | **Navitas Credit Corp** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name
**One Post Office Square**
**Ste. 3710**
**Boston, MA 02109**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Earl E. Cloud, III**                                                    Case number (if known)   **18-71768**

---

| 4.4 3 | **Navitas Credit Corp** | Last 4 digits of account number  **0744** | **$74,459.66** |

Nonpriority Creditor's Name
**Attn:  Charlie Butler**
**111 Executive Ctr Dr, Ste. 102**
**Columbia, SC 29210**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| 4.4 4 | **Navitas Credit Corp** | Last 4 digits of account number  **4347** | **$18,021.96** |

Nonpriority Creditor's Name
**Attn:  Charlie Butler**
**111 Executive Ctr Dr, Ste. 102**
**Columbia, SC 29210**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.4 5 | **NFS Leasing** | Last 4 digits of account number | **$91,185.93** |

Nonpriority Creditor's Name
**900 Commings Center**
**Ste 226-U**
**Beverly, MA 01915**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Earl E. Cloud, III**                                        Case number (if known)    **18-71768**

---

| 4.4 6 | **Nordstrom TD Bank USA** | Last 4 digits of account number _____ | $298.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**13531 E. Caley Ave.**
**Englewood, CO 80111**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.4 7 | **On Deck Capital** | Last 4 digits of account number _____ | $5,911.98 |
|---|---|---|---|

Nonpriority Creditor's Name

**155 E 56th Street**
**New York, NY 10022**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.4 8 | **On Deck Capital** | Last 4 digits of account number _____ | $112,958.12 |
|---|---|---|---|

Nonpriority Creditor's Name

**155 E 56th Street**
**New York, NY 10022**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Earl E. Cloud, III**

Case number (*if known*)    **18-71768**

---

**4.4
9**

**One Point**
Nonpriority Creditor's Name
**PO Box 1849**
**Woodstock, GA 30188**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2118**            **$1,555.07**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.5
0**

**Pawnee Leasing Corp**
Nonpriority Creditor's Name
**c/o Aldridge Pite Haan LLP**
**PO Box 52815**
**Atlanta, GA 30355-0815**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____          **$100,910.66**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit**

---

**4.5
1**

**Paycor**
Nonpriority Creditor's Name
**3525 Piedmont Rd NE**
**5 Piedmont Ctr Ste 520**
**Atlanta, GA 30305**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9852**            **$53,455.13**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Earl E. Cloud, III**                                                    Case number *(if known)*   **18-71768**

---

| 4.5 2 | **Paycor** | Last 4 digits of account number _____ | **$23,878.92** |

Nonpriority Creditor's Name
**3525 Piedmont Rd NE**
**5 Piedmont Ctr Ste 520**
**Atlanta, GA 30305**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 3 | **PBS Capital** | Last 4 digits of account number _____ | **$91,185.93** |

Nonpriority Creditor's Name
**One Evertrust Plaza**
**Ste 1401**
**Jersey City, NJ 07302**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.5 4 | **People's United Bank** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**One Post Office Square**
**Ste. 3710**
**Boston, MA 02109**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Earl E. Cloud, III**                                    Case number (if known)    **18-71768**

---

| 4.5 5 | **Rohrig Investments, LP** | Last 4 digits of account number _____ | **$51,519.03** |

Nonpriority Creditor's Name
**340 East Paces Ferry**
**Atlanta, GA 30305**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.5 6 | **Sard & Leff, LLC** | Last 4 digits of account number _____ | **$23,878.92** |

Nonpriority Creditor's Name
**3789 Roswell Rd NE**
**Atlanta, GA 30342**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.5 7 | **Southern Dairies** | Last 4 digits of account number _____ | **$29,002.60** |

Nonpriority Creditor's Name
**Attn: Kari Marschark**
**621 North Avenue NE Ste C140**
**Atlanta, GA 30308**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Earl E. Cloud, III**                                              Case number (if known)    **18-71768**

---

4.5
8

**Technology Insurance Company**                    Last 4 digits of account number   **5941**                      **$14,479.00**

Nonpriority Creditor's Name

**8948 Canyon Falls Blvd**                          When was the debt incurred? _____
**Ste 200**
**Twinsburg, OH 44087**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ☐ Other. Specify _____

---

4.5
9

**Touchmark National Bank**                         Last 4 digits of account number   _____              **Unknown**

Nonpriority Creditor's Name

**3651 Old Milton Pkwy**                            When was the debt incurred? _____
**Alpharetta, GA 30005**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ☐ Other. Specify _____

---

4.6
0

**Trimark Strategic Equipment**                     Last 4 digits of account number   _____              **$14,202.20**

Nonpriority Creditor's Name

**6684 Jimmy Carter Blvd. Ste. 2**                  When was the debt incurred? _____
**Peachtree Corners**
**Norcross, GA 30071**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ☐ Other. Specify _____

---

Debtor 1   **Earl E. Cloud, III**                                    Case number (if known)   **18-71768**

| 4.6 1 | **Vend Lease** | **Last 4 digits of account number** _____ | $30,156.37 |

Nonpriority Creditor's Name
**8100 Sandpiper Circle**
**Ste. 300**
**Nottingham, MD 21236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**A. Christian Wilson**
**Simpson Uchitel & Wilson LLP**
**3490 Piedmont Rd NE Ste. 1100**
**Atlanta, GA 30305**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.60** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Leon S. Jones**
**Jones & Walden, LLC**
**21 Eighth Street, NE**
**Atlanta, GA 30309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**S. Nataniel De Veaux**
**Kitchens Kelley Gynes PC**
**5555 Glenridge Conn Ste 800**
**Atlanta, GA 30342**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Seacoast National Bank**
**Ruma Mazumdar, Fox Rothschild**
**101 Park Ave Ste 1700**
**New York, NY 10178**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total Claim** |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 104,626.63 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |

---

Debtor 1   **Earl E. Cloud, III**                                          Case number (if known)    **18-71768**

|  | | | | |
|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $                   **104,626.63** |

| **Total claims from Part 2** | | | | **Total Claim** |
|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | $                          **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                          **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                          **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $                **3,308,249.99** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $                **3,308,249.99** |

**Fill in this information to identify your case:**

Debtor 1        **Earl E. Cloud, III**
                First Name _____ Middle Name _____ Last Name

Debtor 2
(Spouse if, filing)    First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number    18-71768
(if known)

■ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **VW Credit**<br>        **2333 Waukegan Road**<br>        **Deerfield, IL 60015** | **Lease of Audi A6** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Earl E. Cloud, III** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number | **18-71768** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1    **Deep End, LLC**<br>**24 Leslie Street**<br>**Atlanta, GA 30307** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**513 Capital** |
| 3.2    **Deep End, LLC**<br>**24 Leslie Street**<br>**Atlanta, GA 30307** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Georgia Department of Revenue** |
| 3.3    **Deep End, LLC**<br>**24 Leslie Street**<br>**Atlanta, GA 30307** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Fireplay** |

Debtor 1    **Earl E. Cloud, III**                                    Case number *(if known)*    **18-71768**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4    **Deep End, LLC**
       **24 Leslie Street**
       **Atlanta, GA 30307**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**Henry Inc.**

3.5    **Deep End, LLC**
       **24 Leslie Street**
       **Atlanta, GA 30307**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Navitas Credit Corp**

3.6    **Deep End, LLC**
       **24 Leslie Street**
       **Atlanta, GA 30307**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Navitas Credit Corp**

3.7    **Deep End, LLC**
       **24 Leslie Street**
       **Atlanta, GA 30307**

☐ Schedule D, line _____
■ Schedule E/F, line __4.57__
☐ Schedule G _____
**Southern Dairies**

3.8    **Julian Goglia**
       **1060 Tilden Street NE**
       **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**1st Global Capital LLC**

3.9    **Julian Goglia**
       **1060 Tilden Street NE**
       **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Ace Loan**

3.10   **Julian Goglia**
       **1060 Tilden Street NE**
       **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Acuity CFO, LLC**

3.11   **Julian Goglia**
       **1060 Tilden Street NE**
       **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Advanced Color Imaging**

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.7**
☐ Schedule G _____
**All State Mall Services**

3.13 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Alliance Funding Group**

3.14 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.9**
☐ Schedule G _____
**American Express**

3.15 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**American Express**

3.16 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.11**
☐ Schedule G _____
**American Express**

3.17 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G _____
**Ameripride**

3.18 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.14**
☐ Schedule G _____
**Amur Equipment Finance, Inc.**

3.19 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G _____
**BFS Capital**

Debtor 1    **Earl E. Cloud, III**                                              Case number *(if known)*    **18-71768**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Bizfund, LLC**

---

3.21    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Bizfund, LLC**

---

3.22    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**BMI**

---

3.23    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Buckhead Beef**

---

3.24    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.23**___
☐ Schedule G _____
**Cofactor LLC**

---

3.25    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Corporation Service Company**

---

3.26    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Credibility Capital**

---

3.27    **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**CTI**

---

| Debtor 1 | Earl E. Cloud, III | Case number *(if known)* | 18-71768 |

**■ Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>**DAU Group Investments, LLC** |
| 3.29 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**East Andrews Realty, LLC** |
| 3.30 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>**Fundation Group, LLC** |
| 3.31 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>**Georgia Dept of Revenue** |
| 3.32 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Georgia Dept of Revenue** |
| 3.33 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>**Georgia Dept of Revenue** |
| 3.34 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Georgia Power** |
| 3.35 **Julian Goglia**<br>**1060 Tilden Street NE**<br>**Atlanta, GA 30318** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**Georgia Power** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Earl E. Cloud, III | Case number *(if known)* | 18-71768 |

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Global Financial and Leasing** |
| 3.37 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**GTR Source** |
| 3.38 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**HAWAJE** |
| 3.39 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Jamestown PCM Master Tenant LP** |
| 3.40 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Navitas Credit Corp** |
| 3.41 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**NFS Leasing** |
| 3.42 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**On Deck Capital** |
| 3.43 **Julian Goglia**<br>1060 Tilden Street NE<br>Atlanta, GA 30318 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**On Deck Capital** |

| Debtor 1 | Earl E. Cloud, III | Case number *(if known)* | 18-71768 |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.49__
☐ Schedule G _____
**One Point**

3.45 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**Pawnee Leasing Corp**

3.46 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.51__
☐ Schedule G _____
**Paycor**

3.47 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.52__
☐ Schedule G _____
**Paycor**

3.48 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.53__
☐ Schedule G _____
**PBS Capital**

3.49 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**People's United Bank**

3.50 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**Rohrig Investments, LP**

3.51 **Julian Goglia**
**1060 Tilden Street NE**
**Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line __4.56__
☐ Schedule G _____
**Sard & Leff, LLC**

Debtor 1  **Earl E. Cloud, III**                                    Case number *(if known)*  **18-71768**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.52  **Julian Goglia**
      **1060 Tilden Street NE**
      **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.58**
☐ Schedule G _____
**Technology Insurance Company**

---

3.53  **Julian Goglia**
      **1060 Tilden Street NE**
      **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.59**
☐ Schedule G _____
**Touchmark National Bank**

---

3.54  **Julian Goglia**
      **1060 Tilden Street NE**
      **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.61**
☐ Schedule G _____
**Vend Lease**

---

3.55  **Julian Goglia**
      **1060 Tilden Street NE**
      **Atlanta, GA 30318**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.60**
☐ Schedule G _____
**Trimark Strategic Equipment**

---

3.56  **Mike Blydenstein**
      **215 Mitchell Street**
      **#9**
      **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.1**
☐ Schedule G _____
**1st Global Capital LLC**

---

3.57  **Mike Blydenstein**
      **215 Mitchell Street**
      **#9**
      **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.4**
☐ Schedule G _____
**Ace Loan**

---

3.58  **Mike Blydenstein**
      **215 Mitchell Street**
      **#9**
      **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.5**
☐ Schedule G _____
**Acuity CFO, LLC**

---

3.59  **Mike Blydenstein**
      **215 Mitchell Street**
      **#9**
      **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.6**
☐ Schedule G _____
**Advanced Color Imaging**

---

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.60 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**All State Mall Services** |
| 3.61 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.62 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**American Express** |
| 3.63 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>**American Express** |
| 3.64 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**American Express** |
| 3.65 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Ameripride** |
| 3.66 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Amur Equipment Finance, Inc.** |

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** | | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.67 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**Barclays Bank Delaware**

3.68 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**BFS Capital**

3.69 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Bizfund, LLC**

3.70 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Bizfund, LLC**

3.71 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**BMI**

3.72 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**Buckhead Beef**

3.73 **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Cofactor LLC**

Debtor 1   **Earl E. Cloud, III**                                                    Case number *(if known)*   **18-71768**

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Corporation Service Company** |
| 3.75   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Credibility Capital** |
| 3.76   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**CTI** |
| 3.77   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>**DAU Group Investments, LLC** |
| 3.78   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**East Andrews Realty, LLC** |
| 3.79   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>**Fundation Group, LLC** |
| 3.80   **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>**Georgia Dept of Revenue** |

Debtor 1    **Earl E. Cloud, III**                                    Case number *(if known)*    **18-71768**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.81    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Georgia Dept of Revenue**

---

3.82    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Georgia Dept of Revenue**

---

3.83    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.35**___
☐ Schedule G _____
**Georgia Power**

---

3.84    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Georgia Power**

---

3.85    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**Global Financial and Leasing**

---

3.86    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**GTR Source**

---

3.87    **Mike Blydenstein**
        **215 Mitchell Street**
        **#9**
        **Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**HAWAJE**

---

| Debtor 1 | Earl E. Cloud, III | Case number *(if known)* | 18-71768 |

**▉** **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.88 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Jamestown PCM Master Tenant LP** |
| 3.89 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Navitas Credit Corp** |
| 3.90 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**NFS Leasing** |
| 3.91 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**On Deck Capital** |
| 3.92 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**On Deck Capital** |
| 3.93 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**One Point** |
| 3.94 **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Pawnee Leasing Corp** |

Debtor 1    **Earl E. Cloud, III** _____    Case number *(if known)*    **18-71768**

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.95    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.51**
☐ Schedule G _____
**Paycor**

---

3.96    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.52**
☐ Schedule G _____
**Paycor**

---

3.97    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.53**
☐ Schedule G _____
**PBS Capital**

---

3.98    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.54**
☐ Schedule G _____
**People's United Bank**

---

3.99    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.55**
☐ Schedule G _____
**Rohrig Investments, LP**

---

3.100    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.56**
☐ Schedule G _____
**Sard & Leff, LLC**

---

3.101    **Mike Blydenstein**
**215 Mitchell Street**
**#9**
**Atlanta, GA 30303**

☐ Schedule D, line _____
■ Schedule E/F, line     **4.58**
☐ Schedule G _____
**Technology Insurance Company**

---

Debtor 1    **Earl E. Cloud, III**                                          Case number *(if known)*    **18-71768**

███  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>2 | **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.59**__<br>☐ Schedule G _____<br>**Touchmark National Bank** |
| 3.10<br>3 | **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.61**__<br>☐ Schedule G _____<br>**Vend Lease** |
| 3.10<br>4 | **Mike Blydenstein**<br>**215 Mitchell Street**<br>**#9**<br>**Atlanta, GA 30303** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Trimark Strategic Equipment** |
| 3.10<br>5 | **Next Wavv Consulting, LLC**<br>**24 Leslie Street, NE**<br>**Atlanta, GA 30307** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.26**__<br>☐ Schedule G _____<br>**Credibility Capital** |
| 3.10<br>6 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**BFS Capital** |
| 3.10<br>7 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Bizfund, LLC** |
| 3.10<br>8 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Cofactor LLC** |

Debtor 1 __Earl E. Cloud, III__                                    Case number *(if known)*  __18-71768__

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>9 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Credibility Capital** |
| 3.11<br>0 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Global Financial and Leasing** |
| 3.11<br>1 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**GTR Source** |
| 3.11<br>2 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>**On Deck Capital** |
| 3.11<br>3 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>**On Deck Capital** |
| 3.11<br>4 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>**PBS Capital** |
| 3.11<br>5 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>**Vend Lease** |

| Debtor 1 | Earl E. Cloud, III | | Case number *(if known)* | 18-71768 |

◼ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.116 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Georgia Dept of Revenue** |
| 3.117 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Acuity CFO, LLC** |
| 3.118 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**American Express** |
| 3.119 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**American Express** |
| 3.120 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Ameripride** |
| 3.121 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**BMI** |
| 3.122 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>◼ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Corporation Service Company** |

Debtor 1    **Earl E. Cloud, III**                                            Case number *(if known)*    **18-71768**

---

▮    **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 3 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**Georgia Power** |
| 3.12 4 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Paycor** |
| 3.12 5 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>**Paycor** |
| 3.12 6 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Rohrig Investments, LP** |
| 3.12 7 | **Paladin Hospitality, LLC**<br>**dba The Pinewood**<br>**254 W. Ponce de Leon Ave.**<br>**Decatur, GA 30030** | ▮ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**World Global Capital, LLC** |
| 3.12 8 | **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**1st Global Capital LLC** |
| 3.12 9 | **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**Ace Loan** |

Debtor 1    **Earl E. Cloud, III**                                    Case number *(if known)*    **18-71768**

▐  **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.13 0    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**BFS Capital**

---

3.13 1    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Bizfund, LLC**

---

3.13 2    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**DAU Group Investments, LLC**

---

3.13 3    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.45**___
☐ Schedule G _____
**NFS Leasing**

---

3.13 4    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.53**___
☐ Schedule G _____
**PBS Capital**

---

3.13 5    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Georgia Dept of Revenue**

---

3.13 6    **Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**Acuity CFO, LLC**

---

Debtor 1    **Earl E. Cloud, III**                                          Case number *(if known)*    **18-71768**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.137 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Advanced Color Imaging** |
| 3.138 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**All State Mall Services** |
| 3.139 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.140 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**American Express** |
| 3.141 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Ameripride** |
| 3.142 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Amur Equipment Finance, Inc.** |
| 3.143 **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Buckhead Beef** |

| Debtor 1 | Earl E. Cloud, III | Case number *(if known)* | 18-71768 |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
4
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**CTI**

3.14
5
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**Fundation Group, LLC**

3.14
6
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.35__
☐ Schedule G _____
**Georgia Power**

3.14
7
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Global Financial and Leasing**

3.14
8
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**HAWAJE**

3.14
9
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**Jamestown PCM Master Tenant LP**

3.15
0
**Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308**

☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**Navitas Credit Corp**

Debtor 1    **Earl E. Cloud, III**                                                                 Case number *(if known)*    **18-71768**

█████    **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15<br>1    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.49**___<br>☐ Schedule G _____<br>**One Point**

3.15<br>2    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**Paycor**

3.15<br>3    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**People's United Bank**

3.15<br>4    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Sard & Leff, LLC**

3.15<br>5    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Technology Insurance Company**

3.15<br>6    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Touchmark National Bank**

3.15<br>7    **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☑ Schedule D, line ___**2.5**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**World Global Capital, LLC**

Debtor 1  **Earl E. Cloud, III**                                     Case number *(if known)*  **18-71768**

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15<br>8  **Southeastern Hospitality, LLC**<br>**dba The Mercury**<br>**675 Ponce De Leon Ave, Ste 215**<br>**Atlanta, GA 30308**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Credibility Capital**

3.15<br>9  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**1st Global Capital LLC**

3.16<br>0  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Alliance Funding Group**

3.16<br>1  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Amur Equipment Finance, Inc.**

3.16<br>2  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**DAU Group Investments, LLC**

3.16<br>3  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**East Andrews Realty, LLC**

3.16<br>4  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Global Financial and Leasing**

3.16<br>5  **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307**

■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**World Global Capital, LLC**

| Debtor 1 | **Earl E. Cloud, III** | Case number *(if known)* | **18-71768** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>6 **Spagett, LLC dba Bar Americano**<br>**24 Leslie Street NW**<br>**Atlanta, GA 30307** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Trimark Strategic Equipment** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Earl E. Cloud, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number (If known) | **18-71768** |

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Managing Partner** | |
| Employer's name | **10 Apart Hospitality, LLC** | |
| Employer's address | **24 Leslie St NE**<br>**Atlanta, GA 30307** | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $  **8,083.31** | $  **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  **0.00** | +$  **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $  **8,083.31** | $  **N/A** |

Debtor 1   **Earl E. Cloud, III**                                          Case number (*if known*)   **18-71768**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $  **8,083.31** | $  **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  **417.84** | $  **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **N/A** |
| 5e. | **Insurance** | 5e. | $  **0.00** | $  **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $  **0.00** | $  **N/A** |
| 5g. | **Union dues** | 5g. | $  **0.00** | $  **N/A** |
| 5h. | **Other deductions.** Specify:   **Healthcare Savings** | 5h.+ | $  **100.00** + | $  **N/A** |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  **517.84** | $  **N/A** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $  **7,565.47** | $  **N/A** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **0.00** | $  **N/A** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **N/A** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **N/A** |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $  **0.00** | $  **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **N/A** |
| 8h. | **Other monthly income.** Specify:   **Consulting** | 8h.+ | $  **1,000.00** + | $  **N/A** |
| | **Spouse Payment on Buchanan Mortgage** | | $  **2,663.97** | **N/A** |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  **3,663.97** | $  **N/A** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  **11,229.44** | + | $  **N/A** | = | $  **11,229.44** |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____   11. +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

    12.   $  **11,229.44**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■  No.
    ☐  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Earl E. Cloud, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number (If known) | **18-71768** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Child** | **2** | ■ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,697.18 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 416.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 369.93 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 83.30 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 250.00 |

| Debtor 1 | **Earl E. Cloud, III** | Case number (if known) | **18-71768** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **175.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **100.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **900.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **200.00** |
| 10. | **Personal care products and services** | | 10. $ | **60.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **200.00** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **300.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **250.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | 16. $ | **0.00** |
| | Specify: | | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **800.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **1,500.00** |
| | Specify:  **Support paid to wife; separated** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **2,663.97** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:  **Miscellaneous** | | 21. +$ | **150.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **10,965.38** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **10,965.38** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **11,229.44** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **10,965.38** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **264.06** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Earl E. Cloud, III** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number (if known) | 18-71768 |

■ Check if this is an
amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7           12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **IberiaBank** <br><br> Description of property securing debt: **24 Leslie Street NE Atlanta, GA 30307  Fulton County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **Nationstar Mortgage LLC** <br><br> Description of property securing debt: **208 Buchannan Terrace Decatur, GA 30030  DeKalb County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **VW Credit** <br><br> Description of property **2017 Audi A6 25,000 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 __Earl E. Cloud, III_____     Case number *(if known)* __18-71768_____

securing debt:

_____

| | | |
|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ☐ Surrender the property. |
| | | ☐ Retain the property and redeem it. |
| Description of property | **24 Leslie Street NE Atlanta, GA** | ■ Retain the property and enter into a |
| | **30307  Fulton County** | *Reaffirmation Agreement.* |
| securing debt: | | ☐ Retain the property and [explain]: |

☐ No

■ Yes

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____        X _____
  **Earl E. Cloud, III**                          Signature of Debtor 2
  Signature of Debtor 1

Date   __March 18, 2019_____                Date   _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Earl E. Cloud, III**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number    **18-71768**
(if known)

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................. | $ | 725,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................................ | $ | 93,582.20 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ | 818,582.20 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 982,713.94 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ | $ | 104,626.63 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ | 3,308,249.99 |
| **Your total liabilities** | $ | 4,395,590.56 |

### Part 3:    Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................... | $ | 11,229.44 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ | 10,965.38 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Earl E. Cloud, III**    Case number *(if known)*    **18-71768**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 104,626.63 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 104,626.63 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re    **Earl E. Cloud, III**                       Case No.   **18-71768**

                             Debtor(s)                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **March 18, 2019**

                                   **Earl E. Cloud, III**
                                   Signature of Debtor

**Fill in this information to identify your case:**

Debtor 1     **Earl E. Cloud, III**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern District of Georgia - Atlanta Division

Case number   **18-71768**
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☒ Check if this is an amended filing

## Official Form 122A – 1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from rental or other real property | $ | Copy here -> $ | $ |

| 7. **Interest, dividends, and royalties** | $ | $ |
|---|---|---|

| Debtor 1 | Earl E. Cloud, III | Case number (if known) | 18-71768 |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .......................................................... $ _____

For your spouse ........................................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  $ _____   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____ . _____  $ _____   $ _____

_____  $ _____   $ _____

Total amounts from separate pages, if any.  + $ _____   $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  + $ _____  = $ _____

**Total current monthly income**

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ..........................  **Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. ..........................  13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

**Earl E. Cloud, III**
Signature of Debtor 1

Date  **March 18, 2019**
_____
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Fill in this information to identify your case:

Debtor 1    **Earl E. Cloud, III**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Georgia - Atlanta Division

Case number    **18-71768**
(if known)

■ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.    Go to line 3.

      ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.    Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐  **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐  **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐  **I am performing a homeland defense activity for at least 90 days.**

         ☐  **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

.

1st Global Capital LLC
1250 East Hallandale Beach Bl.
Ste 409
Hallandale, FL 33009


513 Capital
3511 La Rochelle Drive
Columbus, OH 43221


A. Christian Wilson
Simpson Uchitel & Wilson LLP
3490 Piedmont Rd NE Ste. 1100
Atlanta, GA 30305


Access to Capital for
Entrepreneurs, Inc.
3173 Highway 129 N
Cleveland, GA 30528-2715


Ace Loan
3173 Hwy 129 North
Cleveland, GA 30528


Acuity CFO, LLC
3423 Piemont Road NE
Atlanta, GA 30305


Advanced Color Imaging
5300 Oakbrook Parkway
Ste. 340
Norcross, GA 30093


All State Mall Services
PO Box 93717
Las Vegas, NV 89193

Alliance Funding Group
3745 W. Chapman Ave
Ste 200
Orange, CA 92868


American Express
PO Box 1270
Newark, NJ 07101


American Express
PO Box 650448
Dallas, TX 75265-0448


Ameripride
1081 Experiment Stn Rd
Watkinsville, GA 30677


Amur Equipment Finance, Inc.
c/o Rachelson & White
3350 Riverwood Pkwy Ste 2110
Atlanta, GA 30339


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899


BFS Capital
3301 N. University Drive
Ste. 300
Pompano Beach, FL 33065


Bizfund, LLC
762 N. Orange Street
Ste.762
Wilmington, DE 19801


BMI
PO Box 630893
Watkinsville, GA 30677

Buckhead Beef
4500 Wickersham Dr
Atlanta, GA 30330


Chase Card
PO Box 15298
Wilmington, DE 19850


Cofactor LLC
2711 Centerville Ste 400
Wilmington, DE 19808


Corporation Service Company
801 Adlai Stevenson Dr
Apopka, FL 32703


Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708


Credibility Capital
419 Park Ave South
8th Floor
New York, NY 10016


CTI
942 Enterprise Ste B
Sacramento, CA 95825-1000


DAU Group Investments, LLC
2630 Talley Street
Unit 403
Decatur, GA 30030


Deep End, LLC
24 Leslie Street
Atlanta, GA 30307

East Andrews Realty, LLC
Glenridge Highlands One Ste800
555 Glenridge Connector
Atlanta, GA 30342


Fireplay
Attn: Brian Buckner
5915 Silver Springs, Bldg 6B
El Paso, TX 79912


Fundation Group, LLC
11501 Sunset Street NE
Atlanta, GA 30307


Georgia Department of Revenue
Attn: Ronald Johnson, Jr.
PO Box 105499
Atlanta, GA 30348


Georgia Dept of Revenue
1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345


Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308


Global Financial and Leasing
Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250


GTR Source
111 John Street
Ste 1210
New York, NY 10038

```
HAWAJE
S Concourse Pkwy
Ste 1000
Atlanta, GA 30328


Henry Inc.
Attn: Diane Henry
2285 Park Central Blvd
Decatur, GA 30035


IberiaBank
PO Box 12440
New Iberia, LA 70562


Jamestown PCM Master Tenant LP
Ponce City Market
675 Ponce De Leon Ave NE
Atlanta, GA 30308


Julian Goglia
1060 Tilden Street NE
Atlanta, GA 30318


Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309


Mike Blydenstein
215 Mitchell Street
#9
Atlanta, GA 30303


Nationstar Mortgage LLC
350 Highland
Houston, TX 77067
```

Navitas Credit Corp
One Post Office Square
Ste. 3710
Boston, MA 02109


Navitas Credit Corp
Attn: Charlie Butler
111 Executive Ctr Dr, Ste. 102
Columbia, SC 29210


Next Wavv Consulting, LLC
24 Leslie Street, NE
Atlanta, GA 30307


NFS Leasing
900 Commings Center
Ste 226-U
Beverly, MA 01915


Nordstrom TD Bank USA
13531 E. Caley Ave.
Englewood, CO 80111


On Deck Capital
155 E 56th Street
New York, NY 10022


One Point
PO Box 1849
Woodstock, GA 30188


Paladin Hospitality, LLC
dba The Pinewood
254 W. Ponce de Leon Ave.
Decatur, GA 30030

Pawnee Leasing Corp
c/o Aldridge Pite Haan LLP
PO Box 52815
Atlanta, GA 30355-0815


Paycor
3525 Piedmont Rd NE
5 Piedmont Ctr Ste 520
Atlanta, GA 30305


PBS Capital
One Evertrust Plaza
Ste 1401
Jersey City, NJ 07302


People's United Bank
One Post Office Square
Ste. 3710
Boston, MA 02109


Rohrig Investments, LP
340 East Paces Ferry
Atlanta, GA 30305


S. Nataniel De Veaux
Kitchens Kelley Gynes PC
5555 Glenridge Conn Ste 800
Atlanta, GA 30342


Sard & Leff, LLC
3789 Roswell Rd NE
Atlanta, GA 30342


Seacoast National Bank
Ruma Mazumdar, Fox Rothschild
101 Park Ave Ste 1700
New York, NY 10178

Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave, Ste 215
Atlanta, GA 30308


Southern Dairies
Attn: Kari Marschark
621 North Avenue NE Ste C140
Atlanta, GA 30308


Spagett, LLC dba Bar Americano
24 Leslie Street NW
Atlanta, GA 30307


Technology Insurance Company
8948 Canyon Falls Blvd
Ste 200
Twinsburg, OH 44087


Touchmark National Bank
3651 Old Milton Pkwy
Alpharetta, GA 30005


Trimark Strategic Equipment
6684 Jimmy Carter Blvd. Ste. 2
Peachtree Corners
Norcross, GA 30071


Vend Lease
8100 Sandpiper Circle
Ste. 300
Nottingham, MD 21236


VW Credit
2333 Waukegan Road
Deerfield, IL 60015

```
Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306


World Global Capital, LLC
187 Wolf Road
Ste. 101
Albany, NY 12205
```

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re    **Earl E. Cloud, III**                                                     Case No.    **18-71768**
_____          Chapter    **7**
                                        Debtor(s)

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, Schedule A/B, Schedule C, Schedule D  Schedule E/F, Schedule G, Schedule H, Schedule I, Schedule J, Statement of Intent, Summary of Assets and Liabilities, Form 122A,
Creditor Matrix, consisting of ___**89**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 18, 2019**                          Signature  _____

                                                                  **Earl E. Cloud, III**
                                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.