UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EARL E. CLOUD, III, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CASE NO.: 18-71768-PMB |
| _____ | : | |

### TRUSTEE'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF HERBERT C. BROADFOOT II, P.C. AS COUNSEL FOR TRUSTEE

COMES NOW S. Gregory Hays as Chapter 7 Trustee ("Trustee Hays" or "Applicant") for the bankruptcy estate of Earl E. Cloud, III ("Debtor") and hereby files this Application for Approval of Employment of Herbert C. Broadfoot II, P.C. as Counsel for the Trustee pursuant to 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002 and respectfully shows the Court as follows:

1. On December 30, 2018, Debtor filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code, 11 U.S.C. Section 101 et seq. (as amended, modified, or supplemented) (the "Bankruptcy Code").

2. Applicant was thereafter appointed Trustee and continues to act in that capacity. Applicant wishes to employ the law firm of Herbert C. Broadfoot II, P.C. as counsel in this Chapter 7 case.

3. Attorney Herbert C. Broadfoot II is admitted to practice before this Court, has extensive knowledge and experience in bankruptcy practice, and is well qualified to represent Applicant.

4. During the Chapter 7 case, Applicant will require professional services from counsel including:

    A) Preparation of applications and pleadings incidental to the administration of the case;

    B) Representation of Applicant at meetings and hearings;

    C) Assisting the Applicant in the investigation, collection and liquidation of estate assets; and

    D) Representation of the Applicant in contested matters and adversary proceedings.

5. Except as set forth in the attached Declaration, to the best of Applicant's knowledge Herbert C. Broadfoot II, P.C. does not hold or represent an interest adverse to the estate, and is a "disinterested person" as that term is defined in the Bankruptcy Code. Furthermore, Applicant submits that the firm's employment will be in the best interest of the estate and its creditors.

6. Applicant desires to employ Herbert C. Broadfoot II, P.C. at the firm's ordinary rates for comparable work, plus reasonable expenses, subject to review and approval by the Court, during the pendency of this bankruptcy case. The firm has a present fee rate of $375 per hour. Rates may be adjusted from time to time.

7. Attached hereto and incorporated herein by reference is the Declaration of Herbert C. Broadfoot II offered in support of this Application.

WHEREFORE, Applicant prays that he be authorized to employ Herbert C. Broadfoot II, P.C. as his attorney in this Chapter 7 case.

Dated this 3rd day of May, 2019.

/s/ S. Gregory Hays
S. Gregory Hays, Trustee

2964 Peachtree Road, N.W.
Suite 555
Atlanta, GA 30305

## DECLARATION OF HERBERT C. BROADFOOT II IN SUPPORT OF APPLICATION FOR APPROVAL OF EMPLOYMENT AS ATTORNEY FOR TRUSTEE

Herbert C. Broadfoot II declares as follows:

1.

I am an attorney in the law firm of Herbert C. Broadfoot II, P.C. (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of the Firm with respect to the matters set out herein. This Declaration is offered in support of the Application of S. Gregory Hays, Trustee in the above-captioned case, to employ the Firm as the Trustee's attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information, and belief.

2.

Neither I nor the Firm have or represent any interest adverse to the Debtor or the Debtor's estate, or have had any connections with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3.

The Firm has no partners, associates, or other professional employees who are related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

4.

Neither I nor the Firm have agreed to share any compensation or reimbursement under 11 U.S.C. Section 503(b) with any other person except within the Firm pursuant to the partnership agreement of the members of the Firm.

5.

I am duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts. I have had substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts.

6.

To the best of the undersigned's knowledge, information and belief, employment of the Firm as attorney for the Trustee would be appropriate under 11 U.S.C. Section 327 and Bankruptcy Rules 2014 and 5002.

7.

The foregoing statements are true and based upon my personal knowledge and are made under penalty of perjury.

Declared on May 3rd, 2019.

**Herbert C. Broadfoot II, P.C.**

/s/ Herbert C. Broadfoot II

Herbert C. Broadfoot II

Georgia Bar No. 083750

Proposed Attorney for Trustee

2964 Peachtree Road, N.W.

Suite 555

Atlanta, Georgia 30305

CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of the foregoing **Trustee's Application for Approval of Employment of Herbert C. Broadfoot II, P.C. as Counsel for Trustee** upon the parties listed below via the Court's ECF system or by U.S. Mail at the following addresses :

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*Via ECF*

Earl E. Cloud, III
24 Leslie Drive NE
Atlanta, GA 30307

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite N313
1117 Perimeter Center West
Atlanta, GA 30338-5456
*Via ECF*

Kimberley M. Childs, Esq.
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One, Suite 800
5555 Glenridge Connector
Atlanta, GA 30342    *Via ECF*

Samantha L. Gunnison

Diment Porterfield LLP

412 Adamson Square

Carrollton, GA 30117

*Via ECF*

Radha Gordon

Aldridge Pite, LLP

Fifteen Piedmont Center

3575 Piedmont Road, N.E., Suite 500

Atlanta, GA 30305

*Via ECF*

    Dated this 3rd day of May, 2019.

                              HERBERT C. BROADFOOT II, P.C.

                              */s/* <u>Herbert C. Broadfoot II</u>
                              Herbert C. Broadfoot II
                              Georgia Bar No. 083750
                              Proposed Attorney for Trustee

Herbert C. Broadfoot II, P.C.

2964 Peachtree Road NW, Suite 555

Atlanta, Georgia 30305

Telephone: (404) 926-0058

bert@hcbroadfootlaw.com