# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

**Case No.:** 18-71768-PMB  
**Case Name:** CLOUD, EARL E.III  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/30/2018 (f)  
**§ 341(a) Meeting Date:** 02/05/2019  
**Claims Bar Date:** 08/05/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 24 Leslie Street NE, Atlanta, GA 3030T-0000, Fulton County  Trustee value based on appraisal. | 350,000.00 | 34,296.88 | | 0.00 | 430,000.00 |
| 2 | 208 Buchannan Terrace, Decatur, GA 30030-0000, DeKalb County  Trustee value based on appraisal. | 375,000.00 | 65,219.81 | | 0.00 | 440,000.00 |
| 3 | 2017 Audi A6, 25,000 miles  Leased vehicle per 341 meeting testimony. Entire property value: $45,000.00 | 45,000.00 | 20,436.00 | | 0.00 | 45,000.00 |
| 4 | Household Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | TV, Computer | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 6 | Standard Clothing | 500.00 | 500.00 | | 0.00 | 500.00 |
| 7 | Wedding Ring | 1,500.00 | 1,000.00 | | 0.00 | 1,500.00 |
| 8 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Private Bank of Decatur | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Bank of America | 10.00 | 0.00 | | 0.00 | FA |
| 11 | // V (imported in error) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Spagett, LLC (in Chapter 7), 51% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Southeastern Hospitality, LLC (in Chapter 11), 60% ownership | Unknown | Unknown | | 0.00 | FA |
| 14 | Palidan Hospitality, LLC (in Chapter 11), 100% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 15 | 10 Apart, LLC, 100% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 16 | Next Wavv Consulting, LLC, 333% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 17 | Money Loaned to Deep End, LLC (in Chapter 7) (u) | 38,372.20 | 0.00 | | 0.00 | FA |
| 18 | 2018 Federal and Georgia Tax Refunds (u)  Returns not filed. | Unknown | Unknown | | 0.00 | Unknown |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-71768-PMB  
**Case Name:** CLOUD, EARL E.III  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/30/2018 (f)  
**§ 341(a) Meeting Date:** 02/05/2019  
**Claims Bar Date:** 08/05/2019

| 6 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 2009 Seadoo (u) <br> Net value is unknown. May be subject to ACE lien. | Unknown | Unknown | | 0.00 | Unknown |
| 20 | 2007 Sea Ray Sport Boat (u) <br> Net value is unknown. May be subject to ACE lien. | Unknown | Unknown | | 0.00 | Unknown |
| 21 | Proof Cocktails, LLC (u) <br> Registered with Georgia Secretary of State, September 2018. | Unknown | Unknown | | 0.00 | Unknown |
| 22 | Deep End, LLC (Chapter 7) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets    Totals**    (Excluding unknown values) | **$818,582.20** | **$122,452.69** | | **$0.00** | **$918,000.00** |

**Major Activities Affecting Case Closing:**

A realtor has visited both real properties and has also obtained appraisals. Trustee believes there is equity in both real properties. Trustee is also investigating value in certain business where the Debtor has an ownership interest.

**Initial Projected Date Of Final Report (TFR):**   06/30/2021

**Current Projected Date Of Final Report (TFR):**   06/30/2021

07/29/2019  
Date

/s/S. Gregory Hays  
S. Gregory Hays