# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 18-71768-PMB  
**Case Name:** CLOUD, EARL E.III  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/30/2018 (f)  
**§ 341(a) Meeting Date:** 02/05/2019  
**Claims Bar Date:** 08/05/2019

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 24 Leslie Street NE, Atlanta, GA 30307, Fulton County<br>Trustee value based on appraisal. | 350,000.00 | 34,296.88 | | 0.00 | 430,000.00 |
| 2 | 208 Buchannan Terrace, Decatur, GA 30030-0000, DeKalb County<br>Trustee value based on appraisal. | 375,000.00 | 65,219.81 | | 0.00 | 440,000.00 |
| 3 | 2017 Audi A6, 25,000 miles<br>Leased vehicle per 341 meeting testimony. Notice of abandonment filed, Dkt # 66. | 45,000.00 | 20,436.00 | OA | 0.00 | FA |
| 4 | Household Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | TV, Computer | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 6 | Standard Clothing | 500.00 | 500.00 | | 0.00 | 500.00 |
| 7 | Wedding Ring | 1,500.00 | 1,000.00 | | 0.00 | 1,500.00 |
| 8 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Private Bank of Decatur | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Bank of America | 10.00 | 0.00 | | 0.00 | FA |
| 11 | // V (imported in error) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Spagett, LLC (in Chapter 7), 51% ownership<br>Notice of abandonment filed, Dkt # 66. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Southeastern Hospitality, LLC (in Chapter 11), 60% ownership<br>Notice of abandonment filed, Dkt # 66. | Unknown | 0.00 | OA | 0.00 | FA |
| 14 | Palidan Hospitality, LLC (in Chapter 11), 100% ownership<br>Notice of abandonment filed, Dkt # 66. | Unknown | 0.00 | OA | 0.00 | FA |
| 15 | 10 Apart, LLC, 100% ownership | Unknown | 0.00 | | 0.00 | FA |
| 16 | Next Wavv Consulting, LLC, 33.3% ownership | Unknown | 0.00 | | 0.00 | FA |
| 17 | Money Loaned to Deep End, LLC (in Chapter 7) (u) | 38,372.20 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 18-71768-PMB | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | CLOUD, EARL E.III | Date Filed (f) or Converted (c): | 12/30/2018 (f) |
| | | § 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 08/05/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2018 Federal and Georgia Tax Refunds (u)<br>Returns not filed. Trustee continues to contact Debtor's CPA regarding status. | Unknown | 1.00 | | 0.00 | 1.00 |
| 19 | 2009 Seadoo (u)<br>Subject to ACE lien. No equity. | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2007 Sea Ray Sport Boat (u)<br>Subject to ACE lien. No equity. | Unknown | 0.00 | | 0.00 | FA |
| 21 | Proof Cocktails, LLC (u)<br>Registered with Georgia Secretary of State, September 2018. | Unknown | 1.00 | | 0.00 | 1.00 |
| 22 | Deep End, LLC (Chapter 7) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Assets    Totals    (Excluding unknown values) | $818,582.20 | $122,454.69 | | $0.00 | $873,002.00 |

**Major Activities Affecting Case Closing:**

A realtor has visited both real properties and has also obtained appraisals. Trustee believes there is equity in both real properties. Trustee is also investigating value in certain business where the Debtor has an ownership interest.

**Initial Projected Date Of Final Report (TFR):**   06/30/2021        **Current Projected Date Of Final Report (TFR):**   06/30/2021

07/30/2020                                                            /s/S. Gregory Hays
_____                                                   _____
Date                                                                  S. Gregory Hays