

**IT IS ORDERED as set forth below:**

**Date: February 23, 2022**

_Paul Baisier_

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    :                CASE NO. 18-71768-PMB
                                          :
EARL E. CLOUD, III,                       :                CHAPTER 7
                                          :
        Debtor.                           :
                                          :

**ORDER APPROVING SETTLEMENT WITH DEBTOR UNDER RULE 9019 OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On January 27, 2022, S. Gregory Hays, as Chapter 7 Trustee (**"Trustee"**) for the

bankruptcy estate (the **"Bankruptcy Estate"**) of Earl E. Cloud, III (**"Debtor"**), filed his _Motion_

_for Order Authorizing Compromise and Settlement with Debtor under Rule 9019 of the Federal_

_Rules of Bankruptcy Procedure_ [Doc. No. 79] (the **"Motion"**), seeking an order, among other

things, approving a Settlement Agreement[1] pursuant to which, _inter alia_,[2] Trustee, on the one

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed
to them in the Motion.

[2]    The following is a summary of the Settlement Agreement and is not intended to be
comprehensive. To the extent that anything in this summary is contrary to the terms of the
Settlement Agreement, the terms of the Settlement Agreement shall control.

17717753v1

hand, and Debtor, on the other hand, settle certain claims that the Bankruptcy Estate has regarding that certain real property with a common address of 24 Leslie Drive, NE, Atlanta, Georgia 30307 (the "**Property**") for a total payment of $80,000.00 (the "**$80,000.00 Settlement Funds**")[3] from Debtor in exchange for Trustee's abandoning the Property to Debtor. The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On January 27, 2022, Trustee filed *Notice of Trustee's Motion for Order Authorizing Compromise and Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object and Hearing* [Doc. No. 79] (the "**Notice**") regarding the Motion, in accordance with the Second Amended and Restated General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on January 27, 2022. [Doc. No. 80].

The Notice provided notice of the opportunity to object and for hearing, scheduled for February 28, 2022, pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and based on the foregoing, finding that no further notice or hearing is necessary; and the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

---

[3]    Pursuant to the Settlement Agreement, Debtor will pay $25,000.00 as a lump sum followed by 24 monthly payments of $2,291.67 each.

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

**Order prepared and presented by**:

HERBERT C. BROADFOOT II, P.C.
*Attorneys for Trustee*

By:*/s/ Herbert C. Broadfoot II*
   Herbert C. Broadfoot II
   Georgia Bar No. 083750
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
Telephone: (404) 926-0058
Email: bert@hcbroadfootlaw.com

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

17717753v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW
Suite 435
Atlanta, GA 30328

Earl E. Cloud, III
24 Leslie Drive, N.E.
Atlanta, GA 30307

Herbert C. Broadfoot II
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

17717753v1