**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

Earl E Cloud, III,

CASE NO.: 18-71768-pmb
CHAPTER: 7
JUDGE: PAUL M. BAISIER

Debtor(s).        /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of Matrix Financial Services Corporation. Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
lgrifka@mtglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: February 16, 2023

Respectfully submitted,

By: /s/ Laura A. Grifka
Laura A. Grifka, GBN 312055
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: lgrifka@mtglaw.com
MTG File No.: 23-000221-01

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Earl E Cloud III
24 Leslie Drive NE
Atlanta, GA 30307


**Via CM/ECF electronic service:**
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W
Atlanta, GA 30328

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Dated: February 16, 2023

    By: /s/ Laura A. Grifka
    Laura A. Grifka, GBN 312055
    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: lgrifka@mtglaw.com
    MTG File No.: 23-000221-01