

**IT IS ORDERED as set forth below:**

Date: May 9, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-71768 |
| | ) | |
| EARL E. CLOUD, III, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE BAISIER |

### ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE AGENT
### SUBJECT TO OBJECTION (COMMISSION)

On May 8, 2023, Counsel for the Chapter 7 Trustee (the "**Trustee**") filed an *Application to Employ Real Estate Agent Under Listing Agreement* (the "**Application**") seeking to employ Robin Blass and the firm of Harry Norman Realtors ("**Realtors**") [Docket No. 85] to represent the Trustee in matters relating to the administration of the estate. Trustee seeks to employ Realtors to sell real property generally known as 208 Buchanan Terrace, Decatur, DeKalb County, GA 30030 (the "**Property**"). Realtors will be paid a real estate sales commission. No notice or hearing on the Application is necessary. Based upon the verified statement included in the Application, it appears that Realtors is a firm employing licensed real estate agents with expertise in the matter in which they are engaged and that this case justifies employment of a professional for the purpose specified.

1

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this order, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Pursuant to 11 U.S.C..§ 327(a) and FED. R. BANKR. P. 2014, the Application is approved. Trustee is authorized to employ Robin Blass of Harry Norman Realtors as realtor for the Trustee during the Debtor's Chapter 7 case.

(2) No compensation shall be paid to Realtors until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation (or Motion to Sell), copies of which shall be served on the Trustee and the United States Trustee.[1] Realtors expects to be paid a real estate commission in connection with the sale of the Property.

(3) Any objection to this Order shall be served on the United States Trustee, Realtors, the Trustee, and Counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Realtors, and the objecting party.

The United States Trustee will receive a copy of this Order via the CM/ECF system. Counsel for the Trustee is directed to provide a copy of this Order via United States Mail to Robin Blass and Harry Norman Realtors at the following address: 4848 Ashford Dunwoody Road, Dunwoody, GA 30338.

**[END OF DOCUMENT]**

---

[1] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

**Prepared by:**

HERBERT C. BROADFOOT II, P.C.
*Attorneys for Trustee*

By: */s/ Herbert C. Broadfoot II*
   Herbert C. Broadfoot II
   Georgia Bar No. 083750
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
Tel: (404) 926-0058
Email: bert@hcbroadfootlaw.com